UNITED STATES of America,
Plaintiff—Appellee,

v.

Reginald Lamont USSERY,
Defendant—Appellant.

No. 05–7308.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 26, 2006.

Decided Feb. 1, 2006.

Reginald Lamont Ussery, Appellant Pro Se. Christine Blaise Hamilton, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Reginald Lamont Ussery appeals the district court's orders denying relief on his motion to compel the government to file a Fed.R.Crim.P. 35(b) motion on his behalf and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Ussery, No. CR–94–95 (E.D.N.C. July 12 & 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore the court and argument would not aid the decisional process.

AFFIRMED